UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ 1st. Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Esteban Gonzalez       JOINT DEBTOR: Diana Castro       CASE NO.: 10-28274
Last Four Digits of SS# xxx-xx-8800       Last Four Digits of SS# xxx-xx-8801

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ 2091.46 for months 1 to 3 ;Beginning 7/28/10
B. $ 2283.65 for months 4 to 60 ;Beginning 10/28/10
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3500 Base Fee plus 3 Motions to Value Collateral for a total of 5,500.00    TOTAL PAID $ 3,076.00

Balance Due $ 2,424.00 payable $ 808.00 /month (Months 1 to 3 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

-NONE-       Arrearage on Petition Date $ _____
Address: _____       Arrears Payment $ _____ /month (Months __ to __)
Account No: _____       Regular Payment $ _____ /month (Months __ to __)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bac Home Loans Servici 450 American St; Simi Valley, CA 93065 Account No: xxxxx0986 | 15611 NW 45 Avenue Miami, Florida 33054 $ 75,000.00 | 5.25% | $ 706.84 1,514.84 | 1 To 3 4 To 58 | 85,436.72 |
| Santander Served Setf Po Box 91060; Mobile, AL 36691 Account No: xxxxxxxxxx3649 | Toyota Tundra Vin 5TRU54149X019280 2009 19200 Miles $ 27,190.53 | 5.25% | $ 367.47 524.06 | 1 To 3 4 TO 60 | 30.974.00 |
| Service Finance Compan 1956 Ne 5th Ave Ste 8; Boca Raton, FL 33431 Account No: xxxxxxx9514 | Window Installation to the Home $ 0.00 | 0% | $ 0.00 | 60 To 60 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. IRS POB 21125 Philadelphia, PA 19114  Total Due $ 933.77
   Payable $ 16.38 /month    (Months 4 to 60) Regular Payment $ N/A

Unsecured Creditors: Pay $ 1514.84 /month (Months 59 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

    Special Intentions:

        Island One, Inc.: Debtor is surrendering the Property to Creditor.

        VT Inc. as Trustee of World Omni: Debtor is surrendering the Property to Creditor.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Esteban Gonzalez            /s/ Diana Castro
Esteban Gonzalez              Diana Castro
Debtor                                Joint Debtor
Date: June 28, 2010         Date: June 28, 2010

LF-31 (rev. 01/08/10)                                                         Best Case Bankruptcy
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com